IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ANTONIO JONES,                          )
                 Petitioner,            )
                                        )
        v.                              )        CV 124-001
                                        )
ROY ODUM, Warden,                       )
                 Respondent.            )

_____

**O R D E R**

_____

Petitioner filed the above-captioned petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and moves for permission to proceed *in forma pauperis* ("IFP"). Although Petitioner submitted the form IFP motion, he did not attach the required "statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in" Petitioner's name. (Doc. no. 3, p. 1.)

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Petitioner's incomplete motion to proceed IFP. The Court **DIRECTS** the **CLERK** to attach a copy of the appropriate IFP paperwork to Petitioner's service copy of this Order, with the requirement in paragraph 1 regarding submission of a prison account statement highlighted. Petitioner must either pay the $5.00 filing fee or submit a complete IFP motion, with supporting documentation, within twenty-one days of the date of this Order. Failure to timely comply with this Order may result in a recommendation this case be dismissed without prejudice.

SO ORDERED this 3rd day of January, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA